UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RAY BORGES and NANETTE BORGES, | ) ) ) |
| *Plaintiffs* | ) ) |
| v. | ) Cause No. 3:23-CV-152-RLM-MGG ) |
| NEWMAR CORPORATION, | ) ) |
| *Defendant* | ) |

ORDER

Pursuant to the plaintiffs' notice of voluntary dismissal [Doc. 5] and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the court DISMISSES this action with prejudice.

SO ORDERED.

ENTERED:  April 28, 2023

 /s/ Robert L. Miller, Jr.
Judge, United States District Court