# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RAY BORGES
NANETTE BORGES

        Plaintiffs

  v.

                                      Civil Action No.  3:23-cv-152

NEWMAR CORPORATION

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

__X__ Other:  This case is DISMISSED WITH PREJUDICE pursuant to the voluntary dismissal and Fed. R. Civ. P. 41(a)(1)(A)(i).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L. Miller, Jr. on a Notice of Voluntary Dismissal.

DATE: 4/28/2023                      CHANDA J. BERTA, ACTING CLERK OF COURT

                                                                          by   s/ M. Murray_____
*Signature of Clerk or Deputy Clerk*